UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARLENE JOYCE LINNEY, :
:
    Plaintiff : No. 3:11-CV-02243
:
vs. : (Judge Kosik)
:
CAROLYN W. COLVIN, ACTING :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Marlene Joyce Linney and against Carolyn W. Colvin, Acting Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Marlene Joyce Linney social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Conduct a new administrative hearing and clarify the issue of the seriousness of Linney's depression and transferability of job skills, apply the age category in a non-

FILED
SCRANTON
JUN 1 8 2013

PER _____
    DEPUTY CLERK

mechanical fashion, and make a determination as to whether or not Linney is disabled under Medical-Vocational Rule 201.12.

      3. The Clerk of Court shall close this case.

                                                   /s/ 
                           EDWIN M. KOSIK
                           United States District Judge

Dated: June 18th, 2013